UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IMRAN AHMAD,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ERIC H. HOLDER,** *et al.,*<br><br>*Defendants.* | HON. WILLIAM J. MARTINI<br><br>2:08-cv-05277-WJM-MF<br><br>**ORDER** |

On July 13-14, 2010, the district court held a trial *de novo* on Plaintiff's application for naturalization pursuant to 8 U.S.C. § 1421(c). The Court finds that Plaintiff is ineligible to become a naturalized citizen of the United States under 8 U.S.C. § 1427(a) because: (1) he did not continuously reside in the United States during the statutory period, to wit: Plaintiff was absent from the United States from July 20, 2005 until January 2, 2007; (2) Plaintiff was not lawfully admitted for permanent resident status, to wit: his marriage to the United States citizen spouse through which he adjusted was void *ab initio* and, in the alternative, he was not living in martial union with this spouse; and (3) Plaintiff lacks the good moral character necessary to naturalize under 8 U.S.C. § 1101(f)(6) because he repeatedly provided false testimony with the intent to obtain immigration benefits. It is now therefore ORDERED that judgment be entered in favor of Defendants on all causes of action, and this case be DISMISSED with prejudice.

HONORABLE WILLIAM J. MARTINI
United States District Court